1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   CEDRIC TATE,

8        Plaintiff,                      1: 05 CV 1502 LJO WMW PC

9

10       vs.                            ORDER RE: FINDINGS &
                                        RECOMMENDATIONS (#12)
11

12  CDCR, et al.,

        Defendants.
13

14

15          Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter

16  was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

17  Rule 72-302.

18
            On August 5, 2008, findings and recommendations were entered, recommending
19
    dismissal of this action for failure to state a claim upon which relief can be granted.   Plaintiff
20
    was provided an opportunity to file objections within twenty days.   Plaintiff has not  filed
21
    objections to the findings and recommendations.
22
            In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule
23
    73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the
24
    entire file, the court finds the findings and recommendations to be supported by the record and
25
    proper analysis.
26

                                            1

Accordingly, THE COURT HEREBY ORDERS that:

1.  The Findings and Recommendations issued by the Magistrate Judge on August 5, 2008, are adopted in full; and

2.  This action is dismissed for failure to state a claim upon which relief can be granted.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:    September 2, 2008**                                        **/s/ Lawrence J. O'Neill**
                                                                                  UNITED STATES DISTRICT JUDGE